# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

ESTATE OF ABEL CHACON, by
and through successors in interest,
Becky Shorty and Charles Chacon;
BECKY SHORTY, individually;
CHARLES CHACON, individually,

    Plaintiffs,

  v.

COUNTY OF RIVERSIDE, a public
entity; RIVERSIDE COUNTY
SHERIFF'S DEPARTMENT;
SHERIFF CHAD BIANCO, in his
individual and official capacities;
EDWARD DELGADO; JAMES
KRACHMER; DAVID HOLM;
LIEUTENANT MARTIN; PATRICK
LINDO; CARL CERVELLO; PEDRO
GARCIA; WAMEG SEDIQI;
ANGEL ROJAS; JUSTIN
WILLIAMS and DOES 1 through 10,
individually, jointly and severally,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.  5:23−cv−00990−JGB−SPx**
*[Assigned to the Hon. Jesus G. Bernal,
District Judge; Referred to the Hon. Sheri
Pym, Magistrate Judge]*

**ORDER GRANTING JOINT
STIPULATION TO DISMISS
FEDERAL CLAIMS PURSUANT TO
FED. R. CIV. P. 41(A)(1)(A)(II)**

///

///

173194221.1  1

**ORDER GRANTING JOINT STIPULATION TO DISMISS FEDERAL CLAIMS PURSUANT TO FED. R.
CIV. P. 41(A)(1)(A)(II)**

WHEREFORE, pursuant to the stipulation of the Parties, it is hereby ordered that the federal claims in this action, specifically: (1) Failure to Protect from Harm, Fourteenth Amendment Violation (42 U.S.C. § 1983); (2) Failure to Provide Medical Care, Fourteenth Amendment Violation (42 U.S.C. § 1983); (3) Deprivation of the Right to Familial Relationship with Decedent (42 U.S.C. § 1983); (4) Policies, Customs, Practices Causing Constitutional Violations (Monell, 42 U.S.C. § 1983); and (5) Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983) shall be dismissed with prejudice.

Each party shall be responsible for the payment of their own costs, attorneys' fees, and all other expenses in connection with the dismissal of these federal claims.

Pursuant to the Parties' request, the remaining state claims – (1) Negligence – Wrongful Death; (2) Negligence – Medical Malpractice; (3) Violation of California Government Code § 845.6 (Failure to Provide Medical Care; and (4) Violation of California Civil Code § 52.1 (Tom Bane Act) – are dismissed without prejudice. Such dismissal without prejudice does not preclude Plaintiffs from re-filing these claims in State Court pursuant to 28 U.S. Code § 1367(d).

The Court's prior Order on Stipulation and Joint Request for Dismissal with Prejudice of Plaintiffs' Intentional Infliction of Emotional Distress and Declaratory Relief Claims [Dkt. 62] and Order re Joint Stipulation for Dismissal of Defendant Angel Rojas (With Prejudice) [Dkt. 65] still stand.

**IT IS SO ORDERED.**

Dated:_____March 16, 2026_____    _____

Hon. Jesus G. Bernal
U.S. District Judge

173194221.1 2

**ORDER GRANTING JOINT STIPULATION TO DISMISS FEDERAL CLAIMS PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**